Clarence JOHNSON, Relator,

v.

UNIVERSITY GOOD SAMARITAN,
Respondent,

and

Sentry Insurance Group, Respondent.

No. A15–0212.

Supreme Court of Minnesota.

Nov. 17, 2015.

Clarence Johnson, Richfield, MN, pro se.

Kirk C. Thompson, Cronan Thompson, Minneapolis, MN, for respondents.

ORDER

LORIE S. GILDEA, Chief Justice.

Based upon all the files, records, and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed January 22, 2015, be, and the same is, affirmed without opinion.

BY THE COURT:

/s/_____
Lorie S. Gildea
Chief Justice